# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-40208

---

A True Copy
Certified order issued Jun 09, 2023

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

NELSON A. LOCKE,

                *Plaintiff—Appellant,*

*versus*

AUGUSTIN RIVERA, JR., *in his official capacity as Chairman of the Texas Board of Law Examiners*; TERESA EREON GILTNER, *in her official capacity as Vice Chairman of the Texas Board of Law Examiners*; HAROLD ODOM, *in his official capacity as Member of the Texas Board of Law Examiners*; BARBARA ELLIS, *in her official capacity as Member of the Texas Board of Law Examiners*; ANNA M. MCKIM, *in her official capacity as Member of the Texas Board of Law Examiners*; CYNTHIA EVA HUJAR ORR, *in her official capacity as Member of the Texas Board of Law Examiners*; CHARLES ALFRED MACKENZIE, *in his official capacity as Member of the Texas Board of Law Examiners*; DWAINE M. MASSEY, *in his official capacity as Member of the Texas Board of Law Examiners*; CARLOS R. SOLTERO, *in his official capacity as Member of the Texas Board of Law Examiners*; NATHAN L. HECHT, *in his official capacity as Chief Justice of the Supreme Court of Texas*,

                *Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:22-CV-256

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of June 09, 2023, pursuant to Appellant's unopposed motion.

        Lyle W. Cayce
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: _____
     Dantrell L. Johnson, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT